# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN & SARAH JONES, | |
|     Plaintiffs, | Case No. 2:11-cv-00255-PMP-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | |
|     Defendants. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated February 15, 2011, required the parties to file a Joint Status Report regarding removed action no later than March 20, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 31, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of March, 2011.

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge