UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| STEVEN and SARAH JONES, | ) | 2:11-CV-00255-PMP-GWF |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| BANK OF AMERICA, N.A. et al., | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendants' fully briefed Motion to Dismiss (Doc. #4) filed March 1, 2011.  Having read and considered the foregoing, the Court finds that Plaintiffs's Complaint fails to state a cognizable claim for quiet title under N.R.S. 40.010.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. #4) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' Motion for a Settlement Conference (Doc. #13) is **DENIED**.

DATED: March 28, 2011.

PHILIP M. PRO
United States District Judge